FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Ricky Hookfin #2467022
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

versus

Sheriff Marlin Gusman

Print the full name of all defendants in this action.
DO NOT WRITE *et al.*

CIVIL ACTION

NO. 19-12300

SECTION  SECT. H MAG. 2

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )   No (✓)

TENDERED FOR FILING

AUG 21 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs  _____
   _____

   Defendants  _____
   _____

2. Court (If federal court, name of the district court; if state court, name the parish.)
   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.
_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: __Orleans Justice Center__

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____

Made all oral Complaint

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) Ricky Hookfin

Prisoner Number 246 7022

Address 3000 perdido st. N.O.L.A. 70119

Date of Birth 11-12-1964

Date of Arrest march 21, 2017

Date of Conviction august 12, 2019

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _Sheriff Marlin Gusman_ is employed as _Sheriff_ at _Orleans Justice Center_
Address for service: _3000 Perdido st N.O.L.A. 70119_

C. Defendant _____ is employed as _____ at _____
Address for service: _____

D. Defendant _____ is employed as _____ at _____
Address for service: _____

E. Defendant _____ is employed as _____ at _____
Address for service: _____

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_plaintiff states he slip on pod and damage the Heel of his Foot at that time sherriff fail to bring plaintiff to emergency room for proper treatment by Certified Doctor in the proper medical field to handle his medical needs_

4

now plaintiff heel healed wrong and require additional surgery to repair

V. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

plaintiff would like for the sheriff to pay his medical bills to have his heel broken and bone reset so it can heal properly and to sue in open court for the sum of $500.000 are the amount set fourth by the Honorable Court

VI. **Plaintiff's Declaration**

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __13__ day of __August__, 20_19_.

_(Signature of Plaintiff)_

10/2015

5

Mr. Ricky Hooker #2467022
location pod 4A
3000 Perdido St.
New Orleans L.A. 70119

U.S. State Court
Room C151
500 Poydras St.
New Orleans L.A. 70130

NEW ORLEANS PG&C
TUE 20 AUG 2019 PM

Uncensored - OPSO
not responsible for contents